**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6611**

_____


LARRY L. BUSH,

                              Plaintiff - Appellant,

        versus


JACK    KAVANAUGH,     Commissioner;    RONALD
HUTCHINSON, Warden; SEWALL B. SMITH, Warden;
BERNARD FORD, Captain; JAKE SUTTON, Sergeant;
R. EULISS, Captain,

                              Defendants - Appellees.



_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-02-
3780-AMD)

_____

Submitted:  July 16, 2003          Decided:  August 12, 2003

_____

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry L. Bush, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry L. Bush seeks to appeal an order denying the motion for recusal of the district judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Bush seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny the motions for preparation of transcript at government expense and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2